UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                         :

TRIANGLE SERVICES,                :

                Plaintiff,   :               21 Civ. 6621 (LGS)

           -against-       :

                             :                 ORDER

THE BRITISH EMBASSY, et al.,    :

                             :

                 Defendants. :
-----------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

     WHEREAS, on August 5, 2021, this action was removed from New York state court;

     WHEREAS, counsel for Plaintiff, a corporation, has not filed an appearance in this Court;

     WHEREAS, Defendant states that "Plaintiff has not responded to Defendant's requests to confer, and to prepare a joint letter, as directed in the August 12 Order."  It is hereby

     **ORDERED** that by **October 5, 2021**, Plaintiff shall submit a letter stating whether it intends to (1) prosecute this case and (2) attend the October 7, 2021, initial pretrial conference. Plaintiff is warned that continued failure to comply with Court orders and failure to appear at the conference may result in sanctions or other prejudices, including default judgment and dismissal for failure to prosecute.  It is further

     **ORDERED** that Defendant shall (1) serve this order on Plaintiff as soon as possible and (2) file proof of service by **October 5, 2021**.

Dated: October 1, 2021
      New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**